# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUSTEE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM CUTLIP,<br><br>Defendant. | Case No. 5:16-cv-07148 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Beth L. Freeman to determine whether it is related to 5:15-cv-01345 BLF, Cutlip v. Deutche Bank National Trust Company for the Harborview Mortgage Loan Trust Pass -Through Certificates 2007-7, et al., 5:16-cv-04255 BLF, Deutsche Bank National Trustee Company v. Cutlip, et al, and 5:16-cv-03612 BLF, Deutsche Bank National Trust Company, As Trustee for Harborview Mortgage Loan Trust Mortgage Pass Through Certificates, Series 2007-7 v. Cutlip, et al.

IT IS SO ORDERED.

Date: December 19, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge